Circuit granted. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. Edward H. Green, Norris Darrell,* and *Oscar C. Hull* for petitioner. *Solicitor General Fahy* for respondent.

No. 721. NORTH AMERICAN COMPANY *v.* SECURITIES & EXCHANGE COMMISSION. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Mr. Charles E. Hughes, Jr.* for petitioner. *Solicitor General Fahy* and *Mr. John F. Davis* for respondent.

No. 725. RICHARDSON *v.* JAMES GIBBONS Co. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. George A. Mahone* for petitioner. *Messrs. O. Bowie Duckett* and *Edward E. Hargest, Jr.* for respondent.

No. 696. ALTVATER ET AL. *v.* FREEMAN ET AL. March 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Lawrence C. Kingsland* and *Edmund C. Rogers* for petitioners. *Mr. Marston Allen* for respondents.

No. 698. BOONE *v.* LIGHTNER ET AL. March 8, 1943. Petition for writ of certiorari to the Supreme Court of North Carolina granted. *Messrs. Milton I. Baldinger, Stuart H. Robeson, Roy L. Deal, J. G. Moser,* and *I. Irving*

*Bolotin* for petitioner.　*Mr. M. R. McCown* for respondents.

No. 687.　ST. PIERRE *v.* UNITED STATES.　March 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.　*Messrs. Edward V. Broderick, S. Bertram Friedman,* and *Joseph H. Broderick* for petitioner.　*Solicitor General Fahy* for the United States.　*Mr. Osmond K. Fraenkel* filed a brief on behalf of the American Civil Liberties Union, as *amicus curiae,* in support of the petition.

No. 552.　INTERSTATE TRANSIT LINES *v.* COMMISSIONER OF INTERNAL REVENUE.　March 8, 1943.　Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted.　*Messrs. Joseph F. Mann* and *Nelson Trottman* for petitioner.　*Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 660.　MOLINE PROPERTIES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE.　March 8, 1943.　Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted.　*Messrs. Bart A. Riley* and *Thomas H. Anderson* for petitioner.　*Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 640.　BAILEY, ADMINISTRATRIX, *v.* CENTRAL VERMONT RAILWAY, INC.　March 8, 1943.　Petition for writ